IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CEDRIC CAMPBELL,
    Plaintiff,

vs.                                    Case No.:  3:19cv3555/LAC/EMT

WALTON COUNTY SHERIFF'S OFFICE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated October 3, 2019, the court directed Plaintiff to either pay the filing fee or file a motion to proceed in forma pauperis within thirty (30) days (ECF No. 2). Plaintiff failed to pay the filing fee or file a motion to proceed in forma pauperis by the deadline; therefore, on November 13, 2019, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 3). The copy of the order mailed to Plaintiff at his address of record was returned to the court as undeliverable, with a notation that it could not be forwarded (ECF No. 4).

The time for compliance with the court's orders has now elapsed, and Plaintiff has failed to file pay the filing fee, file a motion to proceed in forma pauperis, or

allege cause for his failure to do either. Furthermore, the court is unable to locate Plaintiff, so the issuance of any further orders would be futile.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

2. That the clerk of court be directed to close the file.

At Pensacola, Florida, this 13th day of December 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.