IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CEDRIC CAMPBELL,
    Plaintiff,

vs.                                          Case No.: 3:19cv3555/LAC/EMT

WALTON COUNTY SHERIFF'S OFFICE, et al.,
    Defendants.
_____/

## **ORDER**

The Chief Magistrate Judge issued a Report and Recommendation on December 13, 2019 (ECF No. 5). Efforts have been made to furnish Plaintiff a copy of the Report and Recommendation and to afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The copy of the Report and Recommendation mailed to Plaintiff at his address or record was returned to the court as undeliverable, with a notation that it could not be forwarded. No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 14th day of January 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**